1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARTHUR VICTOR LEIJA,                      No.  2:13-cv-1721 DAD

12                 Plaintiff,

13         v.                                   ORDER

14   CAROLYN W. COLVIN, Commissioner
     of Social Security,
15

16                 Defendant.

17

18         Plaintiff has filed a complaint seeking judicial review of a final decision of the

19   Commissioner denying his application for benefits and an application to proceed in forma

20   pauperis.

21         Although this action has been filed in the Sacramento Division of the United States

22   District Court for the Eastern District of California, plaintiff alleges that his primary residence is

23   in Tulare County, which is part of the Fresno Division of the United States District Court for the

24   Eastern District of California.  See Local Rule 120(d).

25         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

26   proper division of this court in accordance with Local Rule 120(d) may, on the court's own

27   motion, be transferred to the proper division of the court.  Therefore, this action will be

28   transferred to the Fresno Division of this court for all further proceedings.

                                            1

1     Good cause appearing, IT IS ORDERED that:

2      1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4      2.  All future filings shall reference the new Fresno case number assigned by the

5 Clerk of the Court and shall be filed at:

6

7     United States District Court
      Eastern District of California

8     2500 Tulare Street
      Fresno, CA 93721

9

10 Dated:  September 28, 2013

11

12          *Dale A. Drozd*
        DALE A. DROZD

13        UNITED STATES MAGISTRATE JUDGE

14

15

16

17 DAD:6
  Ddad1\orders.soc sec\leija1721.transfer.ord.docx

18

19

20

21

22

23

24

25

26

27

28